# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SUMMERS and MICHELLE SUMMERS,<br><br>          Plaintiffs,<br><br>vs.<br><br>MCWANE, INC.,<br><br>          Defendant. | Case No. 2:15-cv-01239-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated July 1, 2015, required the parties to file a Joint Status Report no later than August 3, 2015. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **August 24, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 14th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge