UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRADLEY SUMMERS and MICHELLE SUMMERS,

          Plaintiffs,

vs.

MCWANE, INC.,

          Defendant.

Case No. 2:15-cv-01239-JCM-GWF

**ORDER**

This matter is before the Court on the parties' Proposed Joint Discovery Plan and Scheduling Order (Special Scheduling Review Requested) (#11), filed August 24, 2015.  LR 26-1(e)(1) provides that unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review.  Where such special scheduling review is requested, the plan shall state the reasons why longer or different time periods should apply.  The parties have not provided enough information to support their request for a discovery period in excess of 180 days.

**IT IS HEREBY ORDERED** that the Proposed Joint Discovery Plan and Scheduling Order (#11) is **denied**, without prejudice.

**IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and Scheduling Order in compliance with LR 26-1(d), including a statement of the reasons why longer or different time periods should apply to the case, within seven (7) days of the date of this order.

DATED this 25th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge