Marsha L. Stephenson, Esq.
Nevada Bar No. 6130
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite 19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
*admin@sdlawoffice.net*

Attorneys for Defendant
MCWANE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SUMMERS and MICHELLE SUMMERS,<br><br>Plaintiffs,<br><br>v.<br><br>MCWANE, INC.; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01239-JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' PUNITIVE DAMAGES CLAIMS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, BRADLEY SUMMERS and MICHELLE SUMMERS, by and through their attorneys, John Shook, Esq. of the law firm of Shook & Stone and Defendant, McWANE, INC. by and through its attorney, Marsha L. Stephenson, Esq. of the law firm of Stephenson & Dickinson, P.C. that Plaintiffs' Punitive Damages Claims as alleged in Plaintiffs' Complaint are hereby DISMISSED without prejudice, including, but not limited to, the following allegations:

> 17. Defendants discovered, through testing and other means that the fire hydrant and warnings related to the disassembly and maintenance of the fire hydrant were unfit for their intended use and were unreasonably dangerous. Defendants knew that the threaded hole which mates the hex head bolt to the operating nut assembly (ONA) is a through hole and allows the threaded end of the hex head bolt to

contact the interior volume of the ONA allowing increasing pressure to be felt directly on the hex head bolt thereby posing a substantial risk of harm to those working near the fire hydrant. Defendants knew about this threat and danger to human life, but nevertheless, willfully, wantonly and maliciously concealed this information and failed to correct the defect, all with the intention to deceive ultimate users. Plaintiffs are therefore entitled to punitive damages in an amount in excess of $10,000.00.

Plaintiffs' Prayer for Relief seeking punitive damages against Defendants is also withdrawn, without prejudice.

| DATED this 14 day of November, 2016. | DATED this 14 day of November, 2016. |
|---|---|
| SHOOK & STONE, CHTD. | STEPHENSON & DICKINSON, P.C. |
| /s/ John B. Shook | /s/ Marsha Stephenson |
| JOHN B. SHOOK, ESQ.<br>Nevada Bar No. 5499<br>710 South Fourth Street<br>Las Vegas, NV 89101<br>(702) 570-0000<br>Attorneys for Plaintiffs<br>BRADLEY SUMMERS and<br>MICHELLE SUMMERS | MARSHA STEPHENSON, ESQ.<br>Nevada Bar No. 6130<br>2820 West Charleston Boulevard, #19<br>Las Vegas, Nevada 89102<br>(702) 474-7229<br>Attorneys for Defendant<br>MCWANE INC. |

## ORDER

**IT IS SO ORDERED.**

DATED November 16, 2016.

/s/ James C. Mahan
U.S. DISTRICT JUDGE