Marsha L. Stephenson, Esq.
Nevada Bar No. 6130
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite 17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
*admin@sdlawoffice.net*

Attorneys for Defendant
MCWANE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SUMMERS and MICHELLE SUMMERS,<br><br>Plaintiffs,<br><br>v.<br><br>MCWANE, INC.; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01239-JCM-GWF<br><br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS TO MOTIONS FOR SUMMARY JUDGMENT (Docket Nos. 43, 44 and 45)** |

IT IS HEREBY STIPULATED AND AGREED by Defendants and Plaintiffs, by and through their undersigned counsel, that the deadline to file responsive pleadings to parties' Motions for Summary Judgment (Document Nos. 43, 44 and 45) be extended by three weeks, or until January 29, 2019.

/ / /

/ / /

/ / /

1

This extension was requested by Defense Counsel due to an unanticipated personal matter that has been disclosed to Plaintiff's Counsel. Plaintiff's Counsel agrees to the requested extension.

DATED this 4th day of January, 2019.   DATED this 4th day of January, 2019.

SHOOK & STONE, CHTD.   STEPHENSON & DICKINSON, P.C.

 /s/ John B. Shook, Esq.    /s/ Marsha L. Stephenson, Esq. 
JOHN B. SHOOK, ESQ.   MARSHA STEPHENSON, ESQ.
Nevada Bar No. 5499   Nevada Bar No. 6130
710 South Fourth Street   2820 West Charleston Boulevard, #17
Las Vegas, NV 89101   Las Vegas, Nevada 89102
(702) 570-0000   (702) 474-7229
Attorneys for Plaintiffs   Attorneys for Defendant

## **ORDER**

**It is so ordered.**

DATED January 7, 2019.

_____
UNITED STATES DISTRICT JUDGE