Marsha L. Stephenson, Esq.
Nevada Bar No. 6130
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite 17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
*admin@sdlawoffice.net*

Attorneys for Defendant
MCWANE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SUMMERS and MICHELLE SUMMERS,<br><br>Plaintiffs,<br><br>v.<br><br>MCWANE, INC.; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01239-JCM-GWF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT (Docket Nos. 43, 44 and 45)** |

IT IS HEREBY STIPULATED AND AGREED by Defendants and Plaintiffs, by and through their undersigned counsel, that the deadline to file Replies in support of parties' Motions for Summary Judgment (Document Nos. 43, 44 and 45) be extended by one week, or until February 19, 2018.

/ / /

/ / /

/ / /

1

This extension is requested in light of ongoing settlement discussions following a February 5, 2019 Mediation wherein the Mediator proposed a February 12, 2019 deadline to consider possible settlement. Both Plaintiff's and Defendants' Counsel agrees to the requested extension.

DATED this 11th day of February, 2019.  DATED this 11th day of February, 2019.

SHOOK & STONE, CHTD.  STEPHENSON & DICKINSON, P.C.

*/s/ John B. Shook, Esq.*  */s/ Marsha L. Stephenson, Esq.*
JOHN B. SHOOK, ESQ.  MARSHA STEPHENSON, ESQ.
Nevada Bar No. 5499  Nevada Bar No. 6130
710 South Fourth Street  2820 West Charleston Boulevard, #17
Las Vegas, NV 89101  Las Vegas, Nevada 89102
(702) 570-0000  (702) 474-7229
Attorneys for Plaintiffs  Attorneys for Defendant

**ORDER**

**It is so ordered.**

DATED February 12, 2019.

_____
UNITED STATES DISTRICT JUDGE