1 Marsha L. Stephenson, Esq.
Nevada Bar No. 6130
2 **STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite 17
3 Las Vegas, Nevada 89102
Telephone: (702) 474-7229
4 Facsimile: (702) 474-7237
*admin@sdlawoffice.net*
5

6 Attorneys for Defendant
MCWANE, INC.
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                         **FOR THE DISTRICT OF NEVADA**

10 BRADLEY SUMMERS and MICHELLE            Case No. 2:15-cv-01239-JCM-GWF
   SUMMERS,
11

12            Plaintiffs,

13 v.                                      **STIPULATION AND ORDER FOR**
                                           **DISMISSAL WITH PREJUDICE**
14 MCWANE, INC.; DOES I through XX,
   inclusive; and ROE CORPORATIONS I through
15 XX, inclusive,

16
             Defendants.
17

18        IT IS HEREBY STIPULATED AND AGREED by Defendants and Plaintiffs, by and through
19

20 / / /

21 / / /
22

23 / / /

24 / / /
25

26 / / /

27

28

                                            1

their undersigned counsel that the above-captioned matter shall be, and hereby is, dismissed with prejudice. Each party shall bear its own costs and fees.

DATED this 20 day of May, 2019.          DATED this 21 day of May, 2019.

SHOOK & STONE, CHTD.                      STEPHENSON & DICKINSON, P.C.

_____          _____
JOHN B. SHOOK, ESQ.                       MARSHA STEPHENSON, ESQ.
Nevada Bar No. 5499                        Nevada Bar No. 6130
710 South Fourth Street                    2820 West Charleston Boulevard, #17
Las Vegas, NV 89101                        Las Vegas, Nevada 89102
(702) 570-0000                             (702) 474-7229
Attorneys for Plaintiffs                   Attorneys for Defendant


## ORDER

**It is so ordered.**


_____
UNITED STATES DISTRICT JUDGE

DATED   May 23, 2019
        _____

2